# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL A. WEBSTER III,<br><br>  Petitioner,<br>vs.<br><br>DANIEL PARAMO, Warden, et al.,<br><br>  Respondents. | CASE NO. 14cv0994 DMS (NLS)<br><br>**ORDER (1) ADOPTING REPORT AND RECOMMENDATION AND (2) DENYING FIRST AMENDED PETITION FOR WRIT OF HABEAS CORPUS** |

On April 18, 2014, Petitioner Samuel Webster ("Petitioner"), a state prisoner proceeding *pro se*, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner filed a First Amended Petition on May 6, 2015. On January 29, 2016, Magistrate Judge Nita L. Stormes issued a Report and Recommendation ("R&R") recommending that the Court deny the petition. Petitioner filed objections to the R&R on February 24, 2016.

This Court, having reviewed *de novo* the Magistrate Judge's R&R and Petitioner's objections thereto adopts the Magistrate Judge's recommendation in full and **DENIES** the amended petition for a writ of habeas corpus. The Court finds no

///
///
///
///
///

basis for a certificate of appealability.  The Clerk of Court shall enter judgment accordingly, and terminate this case.

**IT IS SO ORDERED**.

DATED:  March 23, 2016

HON. DANA M. SABRAW
United States District Judge